UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-60028-CR-DIMITROULEAS/SNOW**

UNITED STATES OF AMERICA

v.

LUKE JOSELIN,

    Defendant.

_____/

**GOVERNMENT'S NOTICE OF INTENT TO OFFER CERTIFIED RECORDS INTO EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 902**

The government submits this notice, pursuant to Federal Rules of Evidence 902(1), (2), (4) and (11), to offer into evidence the following certified records without calling a records custodian. These records and the accompanying certifications have been or will be provided to the defense:

1. Certified Driver and Vehicle Information Database ("DAVID") records for Luke Joselin;

2. Florida Department of State, Division of Corporations records for (1) 24Hour Printing Inc; (2) Hug a Print LLC; (3) Skicas LLC; and (4) Pricerite LLC;

3. Paycheck Protection Program ("PPP") loan records from BlueVine Capital Inc.;

4. PPP loan records from KServicing Corporation, f/k/a Kabbage, Inc.;

5. Mortgage loan records from First Savings Bank;

6. Bank records from (1) Pentagon Federal Credit Union; (2) BBVA USA; (3) Tropical Financial Credit Union; (4) Discover Products, Inc.; (5) JPMorgan Chase Bank, N.A.; and (6) Wells Fargo Bank, N.A.;

7. Internet service provider subscriber records from (1) AT&T; (2) Blue Stream Communications, LLC; and (3) Comcast Cable Communications, LLC;[1]

8. Email account subscriber records from Google LLC;

---

[1] A records certification from Blue Stream Communications, LLC, remains pending.

9. Cellular telephone subscriber records from: (1) Verizon; and (2) T-Mobile;

10. United States Small Business Administration ("SBA") Economic Injury Disaster Loan ("EIDL") records for (1) 24Hour Printing, Inc.; (2) Hug a Print LLC; (3) Skicas LLC; and (4) Pricerite LLC.[2]

                                                Respectfully submitted,

                                                JUAN ANTONIO GONZALEZ
                                                UNITED STATES ATTORNEY

By: _____
                                                Kiran N. Bhat
                                                Assistant United States Attorney
                                                Florida Bar No. 1008370
                                                99 NE 4th Street
                                                Miami, Florida 33132-2111
                                                Phone: (305) 961-9103
                                                Email: Kiran.Bhat@usdoj.gov

                                                Michael B. Homer
                                                Assistant United States Attorney
                                                Court ID No. A5502497
                                                99 Northeast 4th Street
                                                Miami, Florida 33132-2111
                                                Tel: (305) 961-9289
                                                Email: Michael.Homer@usdoj.gov

---

[2] These SBA EIDL records are the subject, in part, of the separately filed Notice of Intent to Introduce Evidence Pursuant to the Inextricably Intertwined Doctrine and Rule 404(b).

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                              s/ Kiran N. Bhat
                                              Kiran N. Bhat
                                              Assistant United States Attorney