# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No.:** 0:22-cr-60028-WPD-1

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**LUKE JOSELIN,**

    **Defendant.**

_____/

## DEFENDANT'S SECOND MOTION TO CONTINUE TRIAL

The Defendant Luke Joselin, by and through undersigned counsel respectfully files this Motion for Continuance of Trial presently set to begin on August 15, 2022. The Defendant is requesting a continuance to a date of August 22, 2022, and offers the following in support of this motion.:

1. The Defendant Luke Joselin is charged by Indictment with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C § 1349; nine counts of wire fraud, in violation of 18 U.S.C. § 1343; and two counts of aggravated identity theft, in violation of 18 U.S.C. § 1028 A(a)(1).

2. The Defendant was arraigned on March 2, 2022. DE4. On June 3, 2022, Defense filed a Notice of Appearance in this case. DE24. On June 3,

2022, The Court entered an Order continuing the Trial to August 15, 2022. DE29.

3. The Defense counsel has currently begun treatment for COVID-19 and therefore seeks a continuance of the August 15, 2022, trial date and due to the sensitive nature of the discovery we are requesting additional time to prepare for trial.

4. The Defendant is also requesting that the Calendar Call date of August 12, 2022, be moved forward to either August 9, 2022, or August 10, 2022, in the afternoon, to resolve any pending issues.

5. On July 27, 2022, defense counsel contacted Assistant United States Attorney Kiran Bhat about this motion for a continuance. Attorney Bhat advised that the government has objections to defense Motion to Continue the Trial. Attorney Bhat advised that the government has no objections to defense's request to move the Calendar Call Hearing forward.

**WHEREFORE,** Defense is respectfully requesting that the Court grant this motion to continue trial from August 15, 2022, to August 22, 2022, and to move the Calendar Call Hearing forward to either August 9, 2022, or August 10, 2022, in the afternoon.

Date: July 29, 2022

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 29, 2022, I electronically filed the foregoing which will send a notice of electronic filing to the following:

**The United States Attorney's Office**
**Southern District of Florida**
500 S. Australian Ave.
West Palm Beach, FL 33041

Service sent Electronically via Email

Respectfully Submitted,

**THE DAVIS LEGAL CENTER**
*/s/ Dameka L. Davis, Esq.*
Dameka L. Davis, Esq.
Florida Bar No.: 0110587
2719 Hollywood Boulevard, A-1187
Hollywood, Florida 33020
Telephone: 954-256-5958
Fax No.: 954-272-7665
Email: ddavis@thedavislegalcenter.com
*Counsel for the Defendant,*
*Luke Joselin*