UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 22-60028-CR-DIMITROULEAS

    Plaintiff,

vs.

LUKE JOSELIN,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant Luke Joselin's Second Motion to Continue Trial [DE-40], and the Court having considered the motion and being fully advised in the premises, it is hereby

ORDERED AND ADJDUGED that the Motion is Denied. The Calendar Call is reset to August 9, 2022 at 1:30 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of August, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record