# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 22-60028-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

v.

LUKE JOSELIN,

    Defendant.

_____/

## UNITED STATES OF AMERICA'S WITNESS LIST

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. William P. Dimitrouleas | Kiran Bhat<br>Michael Homer | Dameka Davis |
| **TRIAL DATE** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| August 15, 2022 | Gizella Baan-Proulx | Crystal Barnes-Butler |

| GOV. NO. | DEF. NO. | DATE OF TESTIMONY | DESCRIPTION OF WITNESSES |
|---|---|---|---|
| 1 | | | Margarette Cesar |
| 2 | | | T.D. |
| 3 | | | Steven Dickson |
| 4 | | | Althea Harris |
| 5 | | | Renaldo Harrison |
| 6 | | | Judlex Jean Louis |
| 7 | | | Valerie Martin |
| 8 | | | Ricardo Pena |
| 9 | | | Gil Rosenthal |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                      */s/ Kiran N. Bhat*
                                      Kiran N. Bhat
                                      Assistant United States Attorney