UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.  22-60028-CR-DIMITROULEAS

    Plaintiff,

vs.

LUKE JOSELIN,

    Defendant.
_____/

### O R D E R

THIS CAUSE is before the Court on Defendant Luke Joselin's Motion in Limine to Redact the Indictment and Prohibit Use of the Word "Kickback" During Trial [DE-50], and the Court having considered the motion and being fully advised in the premises, it is herby

ORDERED AND ADJUDGED that the Motion {DE-50] is Denied. Rule 7(d), Fed R Cr.. Proc.is strictly construed against striking surplusage unless the allegations are not relevant, and are inflammatory and prejudicial. *U.S. v. Williams,* 2008 WL 4867748 (S.D. Fla 2008).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of August, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record