UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.  22-60028-CR-DIMITROULEAS

    Plaintiff,

vs.

LUKE JOSELIN,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant Luke Joselin's Motion in Limine DE-49], and the Court having considered the motion and being fully advised in the premises, it is herby

ORDERED AND ADJUDGED that the Motion [DE-49] is Denied without prejudice to object at trial.  Motions in Limine are best suited to prevent the mention of prejudicial evidence, the mere mention of which, would deny a party a fair trial.  The Court does not rule in a vacuum or give advisory opinions.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of August, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record