AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

USA

V.

Luke Joselin

**EXHIBIT AND WITNESS LIST**

Case Number: 22-cr-60028-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Kiran Narayan Bhat  Michael Hemer | Dameka Lachelle Davis |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/15/2022- 8/16, 8/17 | Francine Salopek | Crystal Barnes-Butler |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | 8/15 | | | Althea Harris |
| W-2 | | " | | | Gil Rosenthal |
| W-3 | | " | | | Valerie Martin |
| | | 8/16 | | | " |
| W-4 | | " | | | Steven Dickson |
| W-5 | | " | | | Ronaldo Harrison |
| W-6 | | " | | | Margarette Cesar |
| W-7 | | " | | | Junelex Jean Louis |
| W-8 | | " | | | Ricardo Pena |
| | | 8/17 | | | " |
| W-9 | | " | | | T.D. |
| | | | | | See attached exhibit list |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

| Exhibit No. | Description | Admitting Witness | Date Admitted |
|---|---|---|---|
| BlueVine and Kabbage PPP Loan Records - 1-100 Series | | | |
| 2 | **Loan files for Luke Joselin Sole Proprietorship** | | |
| 2a | BlueVine Borrower Application Form | | |
| 2b | Bank statements from loan file | | |
| 2c | BlueVine depository bank account information | | |
| 2d | Schedule C from loan file | | |
| 2e | IP address log in information | | |
| 2f | BlueVine promissory note | | |
| 3 | **Loan files for Judlex Jean Louis Sole Proprietorship** | | |
| 3a | BlueVine Borrower Application Form | | |
| 3b | Bank statement from loan file | | |
| 3c | BlueVine depository bank account information | | |
| 3d | Schedule C from loan file | | |
| 3e | IP address log in information | | |
| 3f | BlueVine promissory note | | |
| 4 | **Loan files for Renaldo Harrison Sole Proprietorship** | | |
| 4a | Kabbage Borrower Application Form | | |
| 4b | Bank statement from loan file | | |
| 4c | Florida driver license from loan file | | |
| 4d | Kabbage depository bank account information | | |
| 4e | Schedule C from loan file | | |
| 4f | Kabbage promissory note | | |
| 4g | IP address log in information | | |
| 5 | **Loan files for J.A.G.C. Sole Proprietorship** | | |
| 5a | BlueVine Borrower Application Form | | |
| 5b | Bank statement from loan file | | |
| 5c | Florida driver license from loan file | | |
| 5d | BlueVine depository bank account information | | |
| 5e | Schedule C from loan file | | |
| 5f | IP address log in information | | |
| 5g | BlueVine promissory note | | |
| 6 | **Loan files for T.D. Sole Proprietorship** | | |

*[Handwritten note in top right margin: "all admitted on 8/15 by stipulation except #5 & withholds"]*

| Exhibit No. | Description | Admitting Witness | Date Admitted |
|---|---|---|---|
| 6a | BlueVine Borrower Application Form | | |
| 6b | Bank statement from loan file | | |
| 6c | BlueVine depository bank account information | | |
| 6d | Schedule C from loan file | | |
| 6e | IP address log in information | | |
| 6f | BlueVine promissory note | | |
| 7 | **Loan files for Luke Joselin/24Hour Printing Inc.** | | |
| 7a | BlueVine Borrower Application Form | | |
| 7b | Bank statement from loan file | | |
| 7c | BlueVine depository bank account information | | |
| 7d | Form 941 from loan file | | |
| 7e | IP address log in information | | |
| 7f | BlueVine loan application information | | |
| 7g | Correspondence regarding application | | |
| 7h | BlueVine promissory note | | |
| 8 | **Loan files for Luke Joselin/Hug a Print LLC** | | |
| 8a | Kabbage Borrower Application Form | | |
| 8b | Articles of Incorporation from loan file | | |
| 8c | Florida driver license from loan file | | |
| 8d | Kabbage depository bank account information | | |
| 8e | Form W3-SS from loan file | | |
| 8f | Kabbage promissory note | | |
| 8g | IP address login information | | |
| 9 | **Loan files for Judlex Jean Louis/Pricerite LLC** | | |
| 9a | Kabbage application information | | |
| 9b | Articles of Incorporation from loan file | | |
| 9c | Social security card from loan file | | |
| 9d | Florida driver license from loan file | | |
| 9e | Kabbage depository bank account information | | |
| 9f | Form W3-SS from loan file | | |
| 9g | IP address login information | | |
| 9h | Kabbage communication regarding loan rejection | | |

| Exhibit No. | Description | Admitting Witness | Date Admitted |
|---|---|---|---|
| 10 | **Loan files for Renaldo Harrison/Skicas LLC** | | |
| 10a | Kabbage application information | | |
| 10b | Articles of Incorporation from loan file | | |
| 10c | Florida driver license from loan file | | |
| 10d | Kabbage depository bank account information | | |
| 10e | Form W3-SS from loan file | | |
| 10f | IP address login information | | |
| 10g | Kabbage communication regarding loan approval | | |
| 10h | Kabbage communication regarding loan expiry without claim | | |
| **Bank Records - 101-200 Series** | | | |
| 102 | **Bank records for Luke Joselin at Pentagon Federal Credit Union** | | |
| 102a | Membership profile | | |
| 102b | Combined account statements for 2020 | | |
| 102c | Check returning funds to Celtic Bank | | |
| 103 | **Bank records for Judlex Jean Louis at BBVA USA** | | |
| 103a | Account profile | | |
| 103b | Account statements for June 2020 | | |
| 104 | **Bank records for Renaldo Harrison at Tropical Financial Credit Union** | | |
| 104a | Account profile | | |
| 104b | Account statement for June 2020 | | |
| 105 | **Bank records for J.A.G.C. at JPMorgan Chase Bank** | | |
| 105a | Combined signature cards | | |
| 105b | Account statements for account ending in 6499 | | |
| 105c | Account statements for account ending in 9989 | | |
| 105d | Check image of $15,000 check to Judlex Jean Louis | | |
| 106 | **Bank records for Judlex Jean Louis at Discover** | | |
| 106a | Customer Information | | |
| 106b | Account statements for 2020 | | |
| 107 | **Bank records for 24Hour Printing Inc. at Wells Fargo Bank ending in 6502 and 8021** | | |
| 107a | Signature card for account ending in 6502 | | |
| 107b | Signature card for account ending in 8021 | | |
| 107c | Statements for account ending in 6502 | | |

3

| Exhibit No. | Description | Admitting Witness | Date Admitted |
|---|---|---|---|
| 107d | Statements for account ending in 8021 | | |
| 107e | Checks from account ending in 8021 | | |
| **108** | **Bank records for 24Hour Printing Inc. at Wells Fargo Bank ending in 6361 and 7287** | | |
| 108a | Signature card for account ending in 6361 | | |
| 108b | Signature card for account ending in 7287 | | |
| 108c | Statements for account ending in 6361 | | |
| 108d | Statements for account ending in 7287 | | |
| 108e | Checks from account ending in 7287 | | |
| **110** | **Bank records for Skicas LLC at Wells Fargo Bank** | | |
| 110a | Signature card | | |
| 110b | Statements | | |
| **Emails – 201-300 Series** | | | |
| **202** | **Emails relating to Luke Joselin Sole Proprietorship application** | | |
| 202a | Subject: LUKEJOSELINSCHC-ONLY.pdf | | |
| 202b | Subject: 77154 CPN CardS | | |
| 202c | Subject: Not cpn | | |
| 202d | Subject:Completed: Please DocuSign: Paycheck-Protection-Program-Application… | | |
| **203** | **Emails relating to Judlex Jean Louis Sole Proprietorship application** | | |
| 203a | Subject: 24 | | |
| 203b | Subject: Your PPP funds are on the way | | |
| 203c | Subject:Completed: Please DocuSign: Paycheck-Protection-Program-Application… | | |
| **204** | **Email relating to Renaldo Harrison Sole Proprietorship application** | | |
| 204a | Subject: We need your help to verify your info | | |
| **205** | **Emails relating to J.A.G.C. Sole Proprietorship application** | | |
| 205a | Subject: Jenny | | |
| 205b | Subject: Jenny Checking account | | |
| 205c | Subject: Jenny Savings account | | |
| 205d | Subject: JENNY COLORADO | | |
| 205e | Subject: You have an offer for the Paycheck Protection Program | | |
| 205f | Subject:Completed: Please DocuSign: Paycheck-Protection-Program-Application… | | |
| **206** | **Emails relating to T.D. Sole Proprietorship application** | | |
| 206a | Subject: Tabitha | | |

| Exhibit No. | Description | Admitting Witness | Date Admitted |
|---|---|---|---|
| 206b | Subject: TABITHA DERENONCOURT | | |
| 206c | Subject:Completed: Please DocuSign: Paycheck-Protection-Program-Application… | | |
| **207** | **Emails relating to 24Hour Printing Inc. application** | | |
| 207a | Subject: 1120S 24HOUR PRINTING FINAL.pdf | | |
| 207b | Subject:Completed: Please DocuSign: Paycheck-Protection-Program-Application… | | |
| 207c | Subject: Wells Fargo Transfers: Online transfers initiated | | |
| 207d | Subject: Wells Fargo Transfers: Online transfers initiated | | |
| **208** | **Emails relating to Hug a Print LLC application** | | |
| 208a | Subject: LIC | | |
| 208b | Subject: Wells Fargo Transfers: Online transfers initiated | | |
| 208c | Subject: Reinstatement Application Approved . . . | | |
| **209** | **Emails relating to Pricerite LLC application** | | |
| 209a | Subject: | | |
| 209b | Subject: An update regarding your SBA loan application | | |
| **210** | **Emails relating to Skicas LLC application** | | |
| 210b | Subject: Congrats! Your business was approved for an SBA loan | | |
| 210c | Subject: Your SBA loan offer has expired | | |
| **Messages - 301-400 Series** | | | |
| **301** | **Messages and call logs between Luke Joselin and Judlex Jean Louis** | | |
| 301a | Transcript of messages and call logs | | |
| 301b | Article sent by Jean Louis to Joselin on June 1, 2020 | | |
| 301c | Screenshot sent by Joselin to Jean Louis on June 3, 2020 | | |
| 301d | Screenshot sent by Joselin to Jean Louis on June 3, 2020 | | |
| 301e | Screenshot sent by Joselin to Jean Louis on June 6, 2020 | | |
| 301f | Screenshot sent by Joselin to Jean Louis on June 8, 2020 | | |
| 301g | Image sent by Jean Louis to Joselin on June 25, 2020 | | |
| 301h | PDF sent by Joselin to Jean Louis on June 25, 2020 | | |
| 301i | PDF sent by Joselin to Jean Louis on June 25, 2020 | | |
| 301j | PDF sent by Joselin to Jean Louis on June 25, 2020 | | |
| 301k | PDF sent by Jean Louis to Joselin on July 31, 2020 | | |
| 301l | PDF sent by Joselin to Jean Louis on July 31, 2020 | | |
| **302** | **Messages and call logs between Luke Joselin and Renaldo Harrison** | | |

| Exhibit No. | Description | Admitting Witness | Date Admitted |
|---|---|---|---|
| 302a | Transcript of messages and call logs | | |
| 302b | Images sent by Harrison to Joselin on May 30, 2020 | | |
| 302c | Bank statement sent by Harrison to Joselin on May 30, 2020 | | |
| 302d | PDF sent by Joselin to Harrison on July 11, 2020 | | |
| 302e | PDF sent by Harrison to Joselin on July 11, 2020 | | |
| Mortgage Loan Files - 400-500 series | | | |
| 407 | **First Savings Bank home mortgage loan file** | | |
| 407a | Final closing disclosure dated July 8, 2020 | | |
| 407b | Joselin 2019 tax return | | |
| 407c | 24Hour Printing, Inc. 2019 Form 1120S | | |
| 407d | Verbal verification of employment form | | |
| 407e | Social security card | | |
| 407f | 24Hour Printing, Inc. 2020 profit and loss report | | |
| Subscriber, Corporate, and Other Miscellaneous Records - 500-600 series | | | |
| 502 | freelay21p@gmail.com subscriber records | | |
| 503 | judlex62688@gmail.com subscriber records | | |
| 504 | renaldoah81@gmail.com subscriber records | | |
| 505 | value33069@gmail.com subscriber records | | |
| 506 | value33068@gmail.com subscriber records | | |
| 507 | freelay21@gmail.com subscriber records | | |
| 507a | freelay21@gmail.com subscriber records | | |
| 507b | freelay21@gmail.com Google Pay records | | |
| 508 | lukewithdna@gmail.com subscriber records | | |
| 509 | Judlex1242@gmail.com subscriber records | | |
| 510 | skicasllc@gmail.com subscriber records | | |
| 511 | Sprint subscriber records, telephone number ending in 1766 | | |
| 512 | Sprint subscriber records, telephone number ending in 6251 | | |
| 513 | Sprint subscriber records, telephone number ending in 6324 | | |
| 514 | Verizon subscriber records, telephone number ending in 0627 | | |
| 515 | **Bluestream internet subscriber records** | | |
| 515a | IP address ending .135 (3820 NW 112th Way) | | |
| 515b | IP address ending .74 (10841 NW 34th Place) | | |

| Exhibit No. | Description | Admitting Witness | Date Admitted |
|---|---|---|---|
| 516 | Comcast internet subscriber records | | |
| 516a | IP address ending .249 (6041 Kimberly Blvd.), .169, .183, .47 (7208 SW 4th Street) | | |
| 527 | 24Hour Printing Inc. corporate records | | |
| 528 | Hug a Print LLC corporate records | | |
| 529 | Pricerite LLC corporate records | | |
| 530 | Skicas LLC corpoate records | | |
| 531 | Letter from Internal Revenue Service to U.S. Attorney's Office | | |
| 532 | Judlex Jean Louis plea agreement | | |
| 533 | Renaldo Harrison plea agreement | | |
| 534 | Luke Joselin driver license records | | |