UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22 CR 60028 WPD

USA,
    **Plaintiff**

v.

LUKE JOSELIN,
    **Defendant.**

### RELEASE OF EXHIBITS

I, Kiran N. Bhot, as counsel for the plaintiff/defendant, the United States of America, hereby acknowledge that the hearing/trial has concluded and the exhibit(s) listed below have been returned by the Clerk:

☐ **All non-documentary exhibits. (Contraband and non-documentary physical exhibits.)**

☐ **Audio and/or video exhibits** unavailable for filing at the conclusion of the proceedings.
Exhibit Nos. _____

☒ Other: All documentary exhibits, introduced at trial.

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: _____  Date: Aug. 17, 2022

Exhibits Released by: _____
                Deputy Clerk